IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMAR DOUGLAS,**   Plaintiff    v.  **RICH KUSTENBAUDER, et al.,**   Defendants | No. 1:18-cv-00252  (Judge Kane) |

## ORDER

**AND NOW**, on this 22nd day of March 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 63) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Rich Kustenbauder, Candace Snyder, William Dreibelbis, Eric Tice, Dorina Varner, Michael Wenerowicz, Trevor Wingard, Joseph Silva, Tracy Smith, William Nicklow, and the Pennsylvania Department of Corrections and against Plaintiff Lamar Douglas; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania